IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-rj-00017-NONE-CBS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ELLA TERADA,

 Defendant.

**MINUTE ORDER GRANTING MOTION TO AMEND CAPTION**

 IT IS HEREBY ORDERED that the Motion to Amend Caption (*doc. #2)* is GRANTED. The the caption in the above case shall be amended, as reflected above, to substitute the *United States of America* as plaintiff, in place of *HICA Education Loan Corporation by and through its agent Sallie Mae, Inc.*

**DATED:** December 30, 2008